# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

In re:                                     Case No. 18-40250-KKS
                                           Chapter 7
Ruth Manzo


        Debtor(s)    /

## CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND KELLER WILLIAMS TOWN AND COUNTRY REALTY, INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330

        **Mary W. Colón**, as Chapter 7 Trustee (the "Trustee") for the

above referenced debtor(s) (together, the "Debtor"), by and through the

undersigned counsel, files this Application for entry of an order, substantially

in the form attached hereto as *Exhibit A*, authorizing retention of (1) BK Global

Real Estate Services ("BKRES") under the terms set forth in the agreement (the

"BKRES Agreement") attached to BKRES' Affidavit of Disinterestedness at

*Exhibit B* (the "BKRES Affidavit") and (2)   ("Listing Agent") under the terms

of the agreement (the "Listing Agreement") attached to Listing Agent's

Affidavit of Disinterestedness at *Exhibit C* (the "Listing Agent Affidavit").  In

support thereof, the Trustee respectfully states as follows:

## PRELIMINARY STATEMENT

Trustee requests approval to retain BKRES and local licensed Listing Agent (individually and collectively referred to as "Broker or Brokers"), at no cost to the estate, to negotiate with and persuade the first lienholder on certain real property in which the estate has no equity to (1) allow Trustee to sell such property at the highest price that the market will bear, (2) waive the resulting deficiency claim and (3) pay an 11 U.S.C. § 506 surcharge to provide a carveout for the benefit of the estate and pay all other sale expenses, including a 6% brokerage commission that will be shared equally by BKRES and Listing Agent only upon the closing of a sale that is approved by this Court.

BKRES and its affiliates have proprietary technology and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee relation managers, real estate brokers and agents, closing specialists and attorneys with extensive experience in procuring the consent of mortgage lenders and servicers to sell over-encumbered properties and provide significant cash recoveries to selling estates with no equity, through the Consented Sale™ process described herein.

The proposed agreements are attached and provide that BKRES and Listing Agent will not be entitled to any compensation from the estate whatsoever under any circumstances. They will only receive and share a customary brokerage commission that is paid by secured creditor as an 11 U.S.C. § 506 surcharge approved by this Court.

The Trustee (1) believes that hiring BKRES and Listing Agent to pursue a Consented Sale™ will likely result in secured creditor paying a carveout for the benefit of the estate with proceeds from the public sale of an asset in which the estate has no equity and (2) expects to obtain secured creditor's agreement to a Consented Sale™, and bring a separate motion seeking this Court's approval of the procedures, terms and conditions by which the over-encumbered property will be sold, within the coming months.

## JURISDICTION

1.     This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (M), (N), and (O).

2.     Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

3.     On 05/14/2018, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

4.     Thereafter, the Trustee was appointed as the Chapter 7 trustee in this case.

5.     The Trustee held the first 341 meeting on 06/18/2018 and continued the 341 meeting to 07/16/2018.

6.     The Debtor is the sole owner of real property located at **3261 Addison Lane, Tallahassee, FL 32317** (the "Property").

7.    The Debtor has no equity in the Property.  The Debtor's schedules reflect that the Property is currently worth $137,000.00, but is subject to a first mortgage lien (the "Senior Mortgage") in favor of BANK OF AMERICA (the "Secured Creditor") in an amount exceeding $273,248.05.

8.    The Trustee, after reviewing certain materials, including (without limitation) the BK Score™[1], sales analysis report and opinion of value for the Property provided by BKRES and Listing Agent, has determined it to be in the best interest of the Debtor's estate and all creditors to negotiate to obtain Secured Creditor's agreement and consent ("Consent") to do the following, with the proviso that the hired professionals, BKRES and Local Agent, shall not participate in the sale and purchase of any estate property except as hired Brokers:

a.    sell the Property under 11 U.S.C. § 363(b) to whichever third party you determine to have made the best qualified offer during a public sale approved by the court;

b.    release the Senior Mortgage and otherwise waive all of its claims against the estate with respect to the Property (including any deficiency claims resulting from the proposed sale); and

---

[1] The BK Score™ is a 100-point rating that is generated by a proprietary algorithm from 10 unique property attributes in order to consistently measure sales confidence and predict market value.

c. agree to a 11 U.S.C. § 506 surcharge to pay all of the customary expenses associated with the proposed sale, including the payment of a 6% real estate brokerage commission to BKRES and Listing Agent and reimbursement of their out-of-pocket expenses, and provide a meaningful carveout for the benefit of allowed unsecured creditors of the Debtor's estate.

9.     Trustee expects BKRES and Listing Agent to obtain Secured Creditor's full, final and unconditional Consent and bring a separate motion seeking an order approving the sale of the Property (the "Motion to Approve Sale") within several months of the entry of the order sought by this Application.

## APPLICATION

10. Section 328(a) of the Bankruptcy Code provides, in relevant part, that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327...on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed percentage or fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Section 330 of the Bankruptcy Code permits the Court to "award to a trustee... or a professional person employed under section 327...(A) reasonable compensation for actual, necessary services rendered [by such party]... and (B) reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

11.    As further described in the materials attached to their affidavits, BKRES[2] and Listing Agent have extensive experience obtaining the consent and agreement of mortgage lenders and servicers to the sale of their collateral and resolution of any resulting unsecured claims in order to produce a recovery for estates from over-encumbered assets in which the estate has no equity. [An expedited sale of the estate Property securing an allowed secured claim in this case pursuant to Section 363 of the Bankruptcy Code will enhance

---

[2] BKRES is the broker affiliate of BK Global (http://www.bkginc.com/).

the bankruptcy relief sought by the Debtor(s), provide a recovery of value for the bankruptcy estate that will result in a meaningful distribution to unsecured creditors, and provide direct equitable benefits to the Secured Creditor in the following ways:

      a.    in exchange for an expedited free and clear sale and realization of the current fair market value of the Property by the Secured Creditor, the Debtor's estate will be released from the Senior Mortgage and any deficiency claims resulting from the sale;

      b.    an expedited free and clear sale of the Property will provide a loss mitigation option that enables the Secured Creditor and Debtors to avoid the substantial expense of foreclosure proceedings and the damaging impact of foreclosure on the financial recovery of the bankrupt Debtors and their ability to obtain future credit;

      c.    an expedited free and clear sale of the Property will provide a negotiated cash payment as a meaningful recovery of value for the bankruptcy estate and the unsecured creditors;

d.    an expedited free and clear sale of the Property will eliminate the need for a foreclosure sale and enable the Secured Creditor to limit its expenses to legal costs, property preservation costs, insurance, and taxes; and,

e.    the Debtors' voluntary surrender of the Property to the administration of the Trustee and the Secured Creditor's consent to the sale of the Property will enable the Trustee to use the forces of a free market to establish the true fair market value of the Property for the benefit of all interested and affected parties.]

12.    The Trustee believes that the highest and best value for the Property will be generated through a sale in which the Property is widely marketed to the public and offered at the highest price that the market will bear.  The Trustee further believes that such a sale is in the best interest of the Debtor's estate, but can only be achieved if Secured Creditor's Consent is first obtained.  That is why the Trustee believes that retaining BKRES and Listing Agent to obtain Secured Creditor's Consent is in the best interests of the Debtor's estate.

13.    In no event will the estate have any obligation to pay BKRES or Listing Agent for their services, or to pay for customary title and closing services.  The terms of the BKRES Agreement and Listing Agreement and this Application provide that BKRES and Listing Agent are only entitled to payment if and when (a) Secured Creditor grants its Consent, (b) the Motion to Approve Sale is granted and (c) the Property is sold, in which event BKRES and Listing Agent will receive and share a 6% real estate brokerage commission and obtain reimbursement of any out-of-pocket expenses and payment for all other expenses associated with the sale of the Property from the sale proceeds at closing in accordance with the order approving the sale.

14.    BKRES and Listing Agent will not be entitled to any fees or expenses if Secured Creditor does not grant its Consent or the Court does not grant the Motion to Approve Sale.

15.    The Trustee submits that the terms of employment and compensation as set out in the BKRES Agreement and Listing Agreement are reasonable in light of the extensive experience of BKRES and Listing Agent and the nature of the services they provide.

16.     BKRES attested that it is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(a).  Attached hereto as *Exhibit B* is an Affidavit of Disinterestedness of BKRES.  BKRES also attests, pursuant to Bankruptcy Rule 2016, that it shall not split or share its fee with any individual or entity other than Listing Agent, or a buyer's Agent, if applicable.

17.     Listing Agent attested that it is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(a).  Attached hereto as *Exhibit C* is an Affidavit of Disinterestedness of Listing Agent.  Listing Agent also attests, pursuant to Bankruptcy Rule 2016, that it shall not split or share its fee with any individual or entity other than BKRES, or a buyer's Agent, if applicable.

### CONCLUSION

For the foregoing and all other necessary and proper purposes, the Trustee seeks the Court's authority to retain BKRES and Listing Agent in this case, and requests that the Court approve the compensation arrangements set

forth in the BKRES Agreement and Listing Agreement and this Application pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code.

Date: 07/31/18

Respectfully submitted,

/s/ May W. Colón
MARY W. COLÓN
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail with postage prepaid to: Ruth Anne Manzo, 3261 Addison Lane, Tallahassee, FL 32317; Kathryn A. Hathaway, Esq., Hathaway Law Firm, P.O. Box 3005, Tallahassee, FL 32315-3005; and by electronic mail to: BK Global Real Estate Services, Attention Josephine Salvo at jsalvo@bkginc.com and Keller Williams Town and Country Realty, Inc., Attention: Sarah Granger Henning at sarah@bestmovehomesales.com this July 31, 2018.

/s/ Mary W. Colón
MARY W. COLÓN

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                               **Case No. 18-40250-KKS**
                                                     **Chapter 7**
**Ruth Manzo**

_____**Debtors**_____/_____

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL**
**REAL ESTATE SERVICES AND KELLER WILLIAMS TOWN AND COUNTRY**
**REALTY, INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO**
**11 U.S.C. §§327, 328 AND 330**

Upon the Notice and Application of Marybeth Colon, the trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Keller Williams Town and Country Realty, Inc. to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application") [Docket No. ], the Court having reviewed and considered the Notice, Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of Debtor and the creditors the Court hereby FINDS that:

A.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B.   Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C.   Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.   The Application is hereby **GRANTED**.

13

2.    Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3.    The Trustee is authorized to retain and compensate BKRES and local licensed Listing Agent to **provide the necessary professional assistance and representation required by the Trustee to fulfill the Trustee's duties pursuant to 11 U.S.C. § 704 in order to** procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order.  BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity unless specifically approved by this court.

4.    BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5.    BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, and such compensation shall not hereafter be subject to challenge except under the standard of review set forth in Section 330 of the Bankruptcy Code.

6.     BKRES and Listing Agent shall be authorized to receive and retain their fees from Secured Creditor at the successful closing of the sale of the Property without necessity of further order of the Court.  The estate shall, in no circumstance, be obligated to compensate or reimburse BKRES or Listing Agent in such event and BKRES and Listing Agent shall not have a claim against the estate for any unpaid amounts.  BKRES and Listing Agent, and anyone claiming by, through or under either of them, shall only have recourse for recovering its fee to Secured Creditor. The estate shall have no liability for any such claim.

7.     Trustee is hereby authorized to engage Brokers BKRES and Listing Agent to provide reasonable and necessary property preservation, maintenance, and upkeep services to the subject estate Property to facilitate the sale of the Property for the benefit of the Secured Creditor(s) and bankruptcy estate, and to reimburse the Brokers in a maximum amount not to exceed $500.00 for the approved reasonable, necessary costs and expenses of preserving, or disposing of, the subject Property, without the need for further Order only upon a sale of the Property.

8.     Notice of the Application was adequate and proper.

9.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**DONE AND ORDERED** on _____.


_____
KAREN K. SPECIE
U.S. Bankruptcy Judge


Submitted By:
Mary W. Colón, Esq.,
Chapter 7 Trustee

*Trustee Mary W. Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In re:                                            :        Chapter 7
                                                  :
                                                  :        Case No. 18-40250-KKS
                                                  :
                                                  :
Debtor                                            :
Ruth Manzo                                        :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - :

## DECLARATION OF PATRICK BUTLER IN SUPPORT OF APPLICATION TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND KELLER WILLIAMS TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330

The undersigned, Patrick Butler ("Declarant") hereby states:

1.    I am employed by BK Global Real Estate Services ("Applicant" or "BKRES"), which is an entity duly licensed as a real estate brokerage by the State of Florida located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487. I am Applicant's broker-in-charge and am authorized by Applicant to submit this Declaration on Applicant's behalf in support of the annexed Application to Retain BKRES and in accordance with Bankruptcy Rule 2014.

2.    Based upon the information discussed below, I believe that Applicant is a disinterested person and does not hold or represent any interest adverse to the interest of the Debtor's estate as that term is defined in Section 101(14) of the Bankruptcy Code.

3.    To the best of my knowledge: (a) neither BKRES nor any of its employees has any connection with the Debtor, its creditors in this case, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein; (b) BKRES and each of its employees are "disinterested persons," as that term is defined in Section 101(14) of the Bankruptcy Code; and (c) neither BKRES nor any of its employees hold or represent an interest adverse to the Debtor's estate.

1

EXHIBIT "B"

3.      A description of the qualifications of, and services provided by, BKRES is attached as <u>Schedule 1</u>.

4.      That I have read the application of the Trustee regarding the retention and compensation of BKRES and agreed to be bound by the terms and conditions represented therein.

5.      That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation, as fully set forth in the BKRES Agreement that is attached as <u>Schedule 2</u> hereto, as it deems appropriate.

Verified under penalty of perjury that the foregoing is true and correct this _/_ day of July, 2018.



Patrick Butler
Broker-in-Charge

The foregoing instrument was sworn to and subscribed before me this _9th_ day of July, 2018, by Patrick Butler who provided identification or is personally known to me and who did take an oath.

NOTARY PUBLIC

Notary Public, State of Florida

My Commission Expires

Notary Public State of Florida
Lyda Castro
My Commission FF 905572
Expires 08/03/2019

2

**SCHEDULE 1**

**STATEMENT OF QUALIFICATIONS AND SERVICES OF BKRES**

BK Global™

BK Global™ is a national company with a bankruptcy service platform containing a network of certified BK real estate Brokers and Agents, a national marketplace for listing and submitting bankruptcy real estate purchase offers (www.bkglistings.com), and a centralized team of loan servicing specialist that enable Federal Trustees to streamline and manage their real estate needs most effectively for the benefit of the bankruptcy estate and unsecured creditors. By integrating its unique services and implementing its proprietary tools, BK Global is poised to create industry standards and efficiencies.

Consented Sale™

A Consented Sale™ is an "enhanced" agreement between all requisite stakeholders, the most important being the lender/servicer, of a residential or commercial property for less than what the owner still owes on the mortgage. A Consented Sale™ is a beneficial alternative to foreclosure when a homeowner needs to sell and can no longer afford to make their mortgage payments. The lender agrees to accept less than the amount owed to pay off a loan now rather than taking the property back by foreclosure and trying to sell it later. Lenders agree to a Consented Sale™ because they believe it will net them more money than going forward with a lengthy and costly foreclosure process.

BK Score™

BK Score™ is generated from a finite set of data points in a prescribed sequence to achieve a resulting score between the values of 1 and 100. The BK Score™ is shared with trustees, servicers, courts, and software management platforms and indicates the likelihood that an asset in a bankruptcy is qualified for consented disposition. The higher the BK Score™ there is a better chance to sell the property. In addition to the presented scores, BK Global provides the trustee a solution to sell the asset which maximizes the benefit to the estate. BK Global™ is at the forefront of creating new industry standards for trustee services.

To consistently measure and predict market value of real estate assets nationally, in an ever changing and fluid real estate market, it is important to have a well-defined methodology that explains how values are derived. The BK Score™ uses multiple data points to predict sales confidence compared to the limited local market inputs used by real estate brokers who are not certified in short sales. BK Score™ incorporates a number of unique methodology questions that include the data points listed below.

**Highlighted BK Score™ Data Points**

- Asset Value / Liabilities / Liens
- Judicial / Non-judicial State Analysis
- Pro Se (Professional Legal Representation)
- Title Search
- Statement of Intent by Debtor
- Foreclosure Timeline Analysis
- Redemption Period Analysis
- Community / Non-community Asset
- Asset Valuation Model (AVM)

## BK Score™ Core Benefits

**Increased Confidence of a Consented Short Sale** – BK Score™ gives lenders, servicers and real estate professionals more precise information on which to determine baseline sales values to achieve a successful consented short sale.

**Accelerates the Short Sale Decision Process** – Technology that utilizes scoring systems allows lenders/servicers to make instant valuation and sales consent decisions. This is notable as applications for consented sale of property can be approved by lenders/servicers in hours rather than weeks for sales values which score above a lender's score cutoff.

**Reduces Risk of Completing a Cooperative Short Sale** – There are certain barriers to a short sale. Servicers are frequently wary of short sale offers because of concerns that they are settling the debt at too low a price. Greater probability that servicers will consent to a short sale is made possible thanks to BK Score™. The BK Score™ empowers any lender/servicer to quickly set a cut off price and begin the short sale process, without time-consuming phone calls, faxed documents, or any effort from the agent or trustee.

**Increases Transaction Transparency** – BK Global™ is integrated with most major lender/servicers nationally. The BK Score™, which has revolutionized the default servicing industry, helps servicers select and execute optimal baseline valuations based on measurable guidelines while driving efficiency, fostering transparency and facilitating compliance. With the use of BK Score™ agents and trustees can quickly collaborate and determine an appropriate list price that allow agents to begin pursuing sales offers with confidence.

The BK Score™ algorithm has been developed by industry experts that have over 30 years of experience in Distressed Real Estate and Bankruptcy Sales. To date, over 2 years of bankruptcy assets have been analyzed and scored using the BK Global Scoring system. BK Score™ is a trademark pending registration with the US Trademark and Patent Office.

RICK SCOTT, GOVERNOR

MATILDE MILLER, INTERIM SECRETARY



# STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### DIVISION OF REAL ESTATE

THE CORPORATION HEREIN HAS REGISTERED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

## RIVERSTONE REALTY INC

BK GLOBAL REAL ESTATE SERVICES
1095 BROKEN SOUND PKWY #100
BOCA RATON        FL 33487

**LICENSE NUMBER: CQ1035621**

**EXPIRATION DATE:  MARCH 31, 2019**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

## SCHEDULE 2

## AGREEMENT BETWEEN BKRES AND THE CHAPTER 7 TRUSTEE

[Attached]

5



June 20, 2018

Marybeth Colon
Chapter 7 Trustee

E-mail: trustee@marycolon.com

Re:    Ruth Manzo
       Agreement to Negotiate Real Estate Sale for 3261 Addison Ln, Tallahassee, FL 32317

Dear Trustee Colon:

This letter confirms the Agreement to Negotiate a Real Estate Sale for the referenced property ("Property")
and confirms the undersigned's ("our," "we" or "us") agreement to negotiate a Real Estate Sale on the
following terms and conditions (collectively, the "Agreement") with the provision that the hired
professionals, BKRES or Local Agent, shall not participate in the sale and purchase of any estate property
except as hired brokers:

        1.      Following your signature approving this Agreement, we and our affiliate, Bankruptcy
Global Holdings, LLC, D/B/A Bk Global will make commercially reasonable efforts to procure the consent
and agreement ("Consent") of the senior mortgagee ("Secured Creditor") to:

        a.      sell the Property under 11 U.S.C. § 363(b) to whichever third party you
determine to have made the best qualified offer during a public sale approved by the court
or agree to 11 U.S.C. § 363(k) and place a credit bid on the Property from the estate;

        b.      release its lien with respect to the Property; and

        c.      agree to a 11 U.S.C. § 506 surcharge to (x) pay our fee and expenses, any
commission payable to the local real estate broker and all other fees and expenses
associated with the sale, and (y) provide a carve-out for the benefit of allowed unsecured
creditors of the estate.

        2.      We will select a local real estate broker to co-list the property. You will retain both BK
Global and the local real estate broker to market the Property for sale to the public under a separate listing
agreement. We will assist them by coordinating all aspects of the listing and sale process that involve
Secured Creditor's Consent. We will also prepare and deliver any and all reports and information about
the Consent, listing and sale process that you reasonably require. However, the local listing broker will be
solely responsible for providing you with all other brokerage services associated with selling the Property,
including inspecting it to confirm condition and occupancy, preparing any comparative market analysis
and/or Broker's Price Opinion (BPO), recommending a listing price, preparing marketing materials,
including photographs and sign-age, and displaying the same at the Property and on the Multiple Listing
Service, conducting all open houses and showings, and helping you evaluate and negotiate purchase
offers, all at their sole cost and expense.

1

**Marybeth Colon, Trustee**
**Agreement to Negotiate Consented Sale**
**3261 Addison Ln, Tallahassee, FL 32317**
**Ruth Manzo**

3.     The term of this Agreement will commence when you sign and return a copy of this letter and the court approves it.  This Agreement will automatically terminate upon the closing of the sale of the Property, or it may be terminated by either party for any or no reason after 180 days from commencement. In addition, this Agreement will be terminated if the Chapter 7 Trustee files a Report of No Distribution, files a Notice of Abandonment of the subject property, or submits a Trustee's Final Report to the Office of the United States Trustee.

4.     There will be no fees due to, or payable by, either party under this Agreement, and neither party will be reimbursed by the other party for any cost or expense.  Subject to the foregoing, you acknowledge and agree that our fee and expenses will be paid by Secured Creditor as a 11 U.S.C. § 506 surcharge, if and to the extent that Secured Creditor agrees, and the court approves.  You further acknowledge and agree that, if the Property is sold to a third party, we may receive some or all of our fee and expenses under a fee agreement with the local listing broker.

5.     You will make commercially reasonable efforts to assist us in procuring Secured Creditor's Consent and marketing and selling the Property and hereby appoint us as your agent to act on your behalf as trustee in connection with the same.

6.     We acknowledge and agree that (a) you are not executing this Agreement in your individual capacity, but solely as trustee of the estate, (b) we do not and will not have any right or claim with respect to the estate and (c) our sole recourse for payment of our fee and expenses will be to Secured Creditor under the Consent and the local listing broker under our fee agreement, but only if and to the extent that the same are approved by the Court.

7.     This Agreement constitutes our complete agreement on this matter and supersedes all prior agreements and representations concerning the same.  It may not be modified or amended except in a writing signed by both parties.

Please let us know if you have any questions regarding the foregoing or enclosed materials. Otherwise, kindly confirm your agreement by signing and returning this letter to retain us at your earliest convenience.

We look forward to working with you.

Sincerely,

**BK GLOBAL:**

**BK GLOBAL REAL ESTATE SERVICES**, a Florida limited liability company

By:_____
            Patrick Butler, Broker-in-Charge

Acknowledged and agreed as of the date set forth above.

**TRUSTEE:**

_____
**MARY W. COLÓN**, not individually but solely as Trustee in the referenced matter.

**EXHIBIT C**

**Sarah Henning, KELLER WILLIAMS
AFFIDAVIT OF DISINTERESTEDNESS**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 18-40250-KKS
                                          CHAPTER 7
MANZO, RUTH ANNE,

          Debtor(s).

_____/

## AFFIDAVIT

The undersigned hereby makes solemn oath:

1.    That I am a Real Estate Agent/Broker, Licensed and/or Certified under the laws of the State of Florida, with my office located at 1520 Killearn Center Boulevard, Suite 100, Tallahassee, Florida 32309.  My office telephone number is:  (850) 524-0305.  The name of the firm by which I am employed is KELLER WILLIAMS TOWN AND COUNTRY REALTY, INC.

2.    I have personal knowledge of the items and things set forth in this Affidavit, am over the age of eighteen (18), and am competent to testify to the things set forth herein.

3.    To the best of my knowledge, neither I nor my firm have had business, professional or other connection during one year prior and up to the date of the filing of the Chapter 7 petition in this Case with the above-captioned Debtor(s), his attorneys, any creditor, parties

in interest, or the U. S. Trustee which would be adverse to the Debtor(s) or to this Estate in the matters upon which we are to be engaged for the Trustee. We have and have had prior professional dealings with Mary W. Colón, Trustee, as Realtor/Sales Agent for the trustee in other Chapter 7 cases in which she was appointed. To the best of my knowledge, I have no other connections with any creditors, parties in interest, or the U.S. Trustee which would be adverse to the Debtor(s) or to this Estate in the matters upon which we are to be engaged for the Trustee.

4.     A true copy of my license(s) are attached hereto as Exhibit "A".

DATED this July 23, 2018.

Sarah Granger Henning,
Individually and on behalf of
Keller Williams Town and Country
Realty, Inc.

STATE OF FLORIDA
COUNTY OF LEON

Sworn to and acknowledged before me this 23rd day of _____July_____, 2018, by Sarah Granger Henning, who is personally known to me and who did take an oath.



EVIE PEACOCK
MY COMMISSION # FF 946744
EXPIRES: February 8, 2020
Bonded Thru Notary Public Underwriters

_____
Notary Public State of Florida

 RICK SCOTT, GOVERNOR                    JONATHAN ZACHEM, SECRETARY    

## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### DIVISION OF REAL ESTATE

THE CORPORATION HEREIN HAS REGISTERED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

## BIG BEND REALTY TEAM INC

KELLER WILLIAMS TOWN & COUNTRY REALTY
1520 KILLEARN CENTER BOULEVARD
TALLAHASSEE        FL 32309

LICENSE NUMBER: CQ1010950

**EXPIRATION DATE:  MARCH 31, 2020**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.



RICK SCOTT, GOVERNOR

JONATHAN ZACHEM, SECRETARY



## STATE OF FLORIDA
## DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

### DIVISION OF REAL ESTATE

THE SALES ASSOCIATE HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 475, FLORIDA STATUTES

## HENNING, SARAH GRANGER LLC
3520 DOGWOOD VALLEY TRAIL
TALLAHASSEE        FL 32312

LICENSE NUMBER: SL3096485
**EXPIRATION DATE:  MARCH 31, 2020**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.