**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

IN RE:  CASE NO. 18-40250-KKS
  CHAPTER 7
MANZO, RUTH ANNE

    Debtor (s).
_____/

## ORDER APPROVING APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT GENERAL COUNSEL ON HOURLY BASIS (DOC. 28)

Upon consideration of the Application by Trustee to Employ and Appoint General Counsel on Hourly Basis (Doc. 28) filed by the Trustee Mary W. Colón, to employ an attorney for the Trustee, it appearing that the services of an attorney are warranted and will be required to fully administer this case, and it further appearing that Smith, Thompson, Shaw, Minacci, Colón & Power, P. A., is qualified to represent the Trustee in this matter.

It is hereby **ORDERED** as follows:

1. The Application is **APPROVED.**

2. Trustee, MARY W. COLÓN, is hereby authorized to employ the above-named entity as attorney for the

Trustee, to perform all such legal services as may be necessary in carrying out the Trustee's duties in this case.

3. The Trustee shall not hereafter disburse any monies or transfer any property to the above attorney in satisfaction of legal fees incurred during this case except upon further order of this court.

4. Upon completion of his/her/their services, the attorney shall apply to the court for an award of legal fees.

**DONE AND ORDERED** on November 27, 2018.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Order prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.